IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-147-BO-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DAVID CASTILLO, | ) | |
| Defendant | ) | |
| | ) | |

This matter is before the Court on Defendant's motion to sever. Defendant's motion is unopposed by the government. In light of the foregoing, the Court hereby grants Defendant's motion and will hereinafter hold separate proceedings in this matter for Defendant Castillo.

SO ORDERED, this __20__ day of September, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

-1-